1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   STANLEY RICE,

11              Plaintiff,                    No. CIV S-08-2338 GEB KJM PS

12        vs.

13   JOHN POTTER, POSTMASTER GENERAL,

14              Defendant.                    ORDER

15   _____/

16          Plaintiff is proceeding pro se.  Plaintiff has filed an in forma pauperis affidavit in

17   which he states that he receives over $6,300 in disability benefits per month, has a bank account

18   with over $12,000, has a half ownership in acreage valued at $250,000, and owns several

19   vehicles with a value of $46,000.

20          Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil

21   action in federal district court.  28 U.S.C. § 1914(a).  The court may authorize the

22   commencement of an action "without prepayment of fees and costs or security therefor, by a

23   person who makes affidavit that he is unable to pay such costs or give security therefor."  28

24   U.S.C. § 1915(a).  The amount of plaintiff's monthly disability benefits and assets shows that

25   plaintiff is able to pay the filing fee and costs.  Thus, plaintiff has made an inadequate showing

26   of indigency.  See Alexander v. Carson Adult High Sch., 9 F.3d 1448 (9th Cir. 1993); California

1

1    Men's Colony v. Rowland, 939 F.2d 854, 858 (9th Cir. 1991); Stehouwer v. Hennessey, 841 F.

2    Supp. 316, (N.D. Cal. 1994).  Plaintiff will therefore be granted twenty days in which to submit

3    the appropriate filing fee to the Clerk of the Court.  Plaintiff is cautioned that failure to pay the

4    fee will result in a recommendation that the application to proceed in forma pauperis be denied

5    and the instant action be dismissed without prejudice.

6            Accordingly, IT IS HEREBY ORDERED that, within twenty days from the date

7    of this order, plaintiff shall submit the appropriate filing fee.

8    DATED:  October 20, 2008.

9    _____

     U.S. MAGISTRATE JUDGE

10   006
     rice.den

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2