IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STANLEY RICE,

        Plaintiff,                    No. CIV S-08-2338 GEB KJM PS

    vs.

JOHN POTTER,

        Defendant.           <u>ORDER</u>

_____/

        A status conference was held in this matter on April 1, 2009 before the undersigned. Plaintiff appeared in propria persona. No appearance was made for defendant. Upon consideration of the status reports on file in this action, discussion with plaintiff and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. Plaintiff shall complete service of process on defendant in compliance with Federal Rule of Civil Procedure 4(i) within thirty days from the date of this order.

        2. A further status conference is set before the undersigned on August 12, 2009 at 10:00 a.m. Status reports shall be filed no later than August 5, 2009. Plaintiff shall serve a copy of this order on defendant.

DATED: April 2, 2009.

U.S. MAGISTRATE JUDGE

006 rice.oas