UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

STANLEY RICE,

    Plaintiff,

    v.                                  CIV. NO. S-08-2338 GEB KJM PS

JOHN POTTER,

    Defendant.
_____/

PETER FRITZ,

    Plaintiff,

    v.                                  CIV. NO. S-08-2340 LKK DAD PS

JOHN POTTER,                         NON-RELATED CASE ORDER

    Defendant.
_____/

    The court has received the Notice of Related Cases concerning the above-captioned cases filed July 28, 2009.  The undersigned declines to relate or reassign the cases.[1]  Local Rule 83-123(c).  This order is issued for informational purposes only, and shall have no effect on the status of the cases.

    IT IS SO ORDERED.

DATED:  August 6, 2009.

_____
U.S. MAGISTRATE JUDGE

---

[1] As defendant notes, a motion to dismiss in the latter filed case has already been fully briefed, oral argument has been made, and the matter has been submitted before the magistrate judge assigned to that matter.

1