IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STANLEY RICE,

    Plaintiff,                      No. CIV S-08-2338 GEB KJM PS

    vs.

JOHN POTTER,

    Defendant.                  <u>ORDER</u>

          Plaintiff has filed a motion for discovery.  Plaintiff has not yet propounded discovery and the motion is therefore premature.  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for discovery (docket no. 15) is denied.

DATED: September 23, 2009.

_____
U.S. MAGISTRATE JUDGE

006 rice.mtc

1